UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
62-64 BANK STREET, LLC,

                Plaintiff,

                24 civ 2488 (JGK)

        -against-

CARMINE AMELIO,

                Defendant.
------------------------------------------------------------------X

## ORDER

The plaintiff has moved to remand the matter to Connecticut Superior Court.

The defendant shall respond to the motion by **June 3, 2024.** The plaintiff shall reply by **June 24, 2024.**

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 6, 2024