```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

**62-64 BANK STREET, LLC,**

                Plaintiff,        24-cv-2488 (JGK)

     - against -                   <u>ORDER</u>

**CARMINE AMELIO,**

                Defendant.

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time for the defendant to respond to the plaintiff's motion to remand is extended to **June 17, 2024.** The time for the plaintiff to respond is extended to **July 1, 2024.** The Clerk is respectfully directed to mail a copy of this order to the <u>pro se</u> defendant, and to note mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York           /s/ John G. Koeltl
           June 5, 2024                       ────────────────────────
                                                  **John G. Koeltl**
                                       **United States District Judge**